

U. S. Department of Justice

*United States Attorney*
*District of Maryland*

*Michael F. Davio*  *Suite 400*  DIRECT: 410-209-4985
*Special Assistant United States Attorney*  *36 S.Charles Street*  MAIN: 410-209-4800
*Michael.Davio@usdoj.gov*  *Baltimore, MD 21201-3119*

September 28, 2020

The Honorable Catherine C. Blake
United States District Judge
101 West Lombard Street
Baltimore, MD 21201

    Re:   *United States v. Jason Marquis Smith*,
          Criminal No. CCB-18-0399

Judge Blake:

    The Government noted in its sentencing memorandum (ECF No. 213) that at the time of its filing, agents were in the process of tabulating accurate loss figures made by all "borrowers" in the scheme and that it would provide a final figure prior to the Defendant's sentencing hearing, presently scheduled for Friday, October 2, 2020 at 11:00 AM. The Government now provides a final loss calculation and seeks, pursuant to the terms of the Plea Agreement, an order of restitution in the amount of **$889,724**, allocated as follows:

    Navy Federal Credit Union: $707,755

    USAA Bank: $122,114

    M&T Bank: $34,551

    Andigo Credit Union (formerly Motorola Employees Credit Union): $25,304

               Respectfully submitted,

               Robert K. Hur
               United States Attorney

               _____
        By:   Michael F. Davio
               Special Assistant United States Attorney